UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,                Case No. 3:12-cv-778 (GTS/DEP)

-vs-

NANCY SCHINDLER,

                Defendant.

---

## DEFAULT JUDGMENT

Defendant Nancy Schindler having failed to appear to defend this action after having been served with process, it is hereby

**ORDERED** that Plaintiff United States of America's motion for default judgment pursuant to Fed. R. Civ. P. 55(b)(2) (Dkt. Nos. 7) is **GRANTED** in its entirety for the reasons stated therein, and that a default judgment be entered in favor of Plaintiff United States of America and against Defendant Nancy Schindler as follows, based on the evidence presented by Plaintiff United States of America:

| | |
|---|---|
| Principal balance | $33,858.43 |
| Interest Accrued as of 10/26/10 | $ 6,771.10 |
| Interest Accrued From 10/27/10 to 11/15/12 at annual interest rate 2.47% ($2.29/day for 750 days) | $ 1,717.50 |
| **TOTAL AMOUNT OF JUDGMENT** | **$42,347.03** |

Plus post-judgment interest pursuant to 28 U.S.C. §1961.

Dated: November 15, 2012
       Syracuse, NY

*[signature]*
Hon. Glenn T. Suddaby
U.S. District Judge